IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | | |
| vs. | ) | CR. NO. 04-20217-Ml/P |
| AARON DEMAR BOONE, | | |
| Defendant. | ) | |

MOTION TO SUPPLEMENT RECORD

Comes now AARON DEMAR BOONE, Defendant, by and through his appointed counsel, Robert C. Irby, and respectfully moves the Court for an Order directing that the record established in the sentencing hearing which took place on May 18, 2005, be opened and supplemented by allowing the filing of a letter (attached hereto as Exhibit A) from his supervisor at his place of employment (Metal Prep II), as an exhibit to the sentencing hearing which took place on May 18, 2005.

MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
MAY 23, 2005
DATE

Respectfully Submitted,

Robert C. Irby, Atty., BPR008472
4345 Mallory Ave. East
Memphis, Tennessee 38111
901/682-7775
May 20, 2005

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been/will be hand-delivered to the office of Mr. Dan Newsom, Esq., AUSA, 167 North Main Street, Memphis, Tennessee 38103.



_Robert C. Irby_
Robert C. Irby
May 20, 2005

## TO WHOM IT MAY CONCERN:

Aaron Boone has been employed with Metal Prep II of Memphis for a total of 16 months. He has continuously proven to be an asset to the company over that period of time. Aaron has a positive attitude toward co-workers and is respectful of company rules and regulations. Aaron's ability to accept constructive criticism and apply that toward his work performance is commendable. His work ethnic towards his peers and/or supervisors is excellent. Aaron Boones immediate scheduled work hours are 6:00 p.m. to 6:00 a.m.

For any questions or concerns contact Tim Bridgeforth at 946-6100.

Thanks,

*Tim Bridgeforth*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:04-CR-20217 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Honorable Jon McCalla
US DISTRICT COURT