UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 2:04cr20217-1-Ml

**AARON DEMAR BOONE**

_____

# ORDER APPOINTING COUNSEL PURSUANT TO
# THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

## APPOINTMENT OF COUNSEL

- Bernie Weinman, a member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant.

## TYPE OF APPOINTMENT

- Probation/Supervised Release Violation

**DONE** and **ORDERED** in 167 North Main, Memphis, this 18th day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　s/ James H. Allen
　　　　　　　　　　　　　　　　　　　　JAMES H. ALLEN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
AARON DEMAR BOONE